UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Lopez Rios

                        **Plaintiff(s),**

                        **- against -**

Quality Sheet Metal, Inc. et al

                        **Defendant(s),**

23 Civ. 05509 (JHR)

**CLERK'S CERTIFICATE OF DEFAULT**

------------------------------------------------------------X

**I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on** 6/28/2023 **with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s)** Narendra Lachmansingh **by personally serving** John Doe (Co-Worker) **, and proof of service was therefore filed on** 7/17/2023 **, Doc. #(s)** 7 **.**

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

      January 29 **, 20** 24

                                                          **RUBY J. KRAJICK**
                                                          **Clerk of Court**

                                              **By:** _____
                                                           **Deputy Clerk**