UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Lopez Rios

                        **Plaintiff(s),**

                23 Civ. 05509 (JHR)

- against -

**CLERK'S CERTIFICATE
OF DEFAULT**

Quality Sheet Metal, Inc. et al

                        **Defendant(s),**
------------------------------------------------------------X

**I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York**, do hereby certify that this action was commenced on 6/28/2023 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Quality Sheet Metal, Inc. by personally serving Colleen Banahan, and proof of service was therefore filed on 7/19/2023, Doc. #(s) 8.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated:** New York, New York

      January 29, 2024

                                    **RUBY J. KRAJICK**
                                     **Clerk of Court**

                          **By:** _____
                                    **Deputy Clerk**