ttUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Oscar Ivan Lopez Rios, *on behalf of himself and on behalf of others similarly situated in the proposed FLSA Collective Action*

                                             *Plaintiff,*

        *- against -*

Quality Sheet Metal, Inc., and Narendra Lachmansingh

                                             *Defendant.*
-----------------------------------------------------------------X

Case No.: 1:23-cv-05509-JHR

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

      Plaintiff Oscar Ivan Lopez Rios (the "Plaintiff"), by his undersigned counsel, agrees and stipulates with as follows with Defendant Quality Sheet Metal, Inc. (the "Defendant") by their undersigned counsel:

      IT IS HEREBY STIPULATED AND AGREED by and between the parties that this action is voluntarily dismissed as against Defendant Quality Sheet Metal, Inc. without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), without costs or attorneys' fees to any party; and

      IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts and that a facsimile copy or other electronic copies shall be deemed originals.

Dated:  New York, New York
           July 10, 2024

| LEVIN-EPSTEIN & ASSOCIATES, P.C. | SCHWARTZ ETTENGER, PLLC |
|---|---|
| By: _____ | By: _____ |
| Jason Mizrahi, Esq. | Jeffrey S. Ettenger, Esq. |
| 60 East 42nd Street, Suite 4700 | 445 Broadhollow Road, Suite 205 |
| New York, New York 10165 | Melville, NY 11747 |
| Tel. No.: (212) 792-0048 | Tel. No.: (631) 777-2401 |
| Email: Jason@levinepstein.com | Email: jse@selawny.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Quality Sheet Metal, Inc.* |